United States District Court
Southern District of Texas
**ENTERED**
October 19, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SERGIO ALVARADO, et al., § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> STATE FARM LLOYDS, § <br> Defendant. § § § | Civil Action No. 1:16-cv-183 |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. No objections have been filed. After a de novo review of the file, the "Magistrate Judge's Report and Recommendation" (Docket No. 11) is **ADOPTED**. It is therefore **ORDERED, ADJUDGED,** and **DECREED** that "Plaintiffs' Motion to Remand" (Docket No. 5) and related request for court costs, expenses, and attorney's fees are **DENIED**.

Signed on this  19th  day of October , 2016

Rolando Olvera
United States District Judge