United States District Court
Southern District of Texas
**ENTERED**
June 13, 2017
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SERGIO ALVARADO and GLORIA ALVARADO, <br> Plaintiffs, <br><br> v. <br><br> STATE FARM LLOYDS, <br> Defendant. | § § § § § § § § § | Civil Action No. 1:16-cv-00183 |

## ORDER

Before the Court is Plaintiffs' "Stipulation of Dismissal" (Docket No. 34). Plaintiffs voluntarily dismiss, with prejudice, all claims against Defendant. The Clerk of the Court is **ORDERED** to close this case.

Signed on this __13th__ day of __June__, 2017.

_____
Rolando Olvera
United States District Judge